Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
 1990 N. California Blvd.  Suite 20
 Walnut Creek, CA 94596
 Tel: (925) 222-7071
 Fax: (925) 522-5306
 Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
ANTHONY FLOYD MINOR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY FLOYD MINOR,<br><br>   Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>   Defendant. | Case No. 2:23-cv-02946-ADS<br><br>ORDER FOR THE AWARD AND<br>PAYMENT OF ATTORNEY FEES<br>AND EXPENSES PURSUANT TO THE<br>EQUAL ACCESS TO JUSTICE ACT |

   Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $1,844.66 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  July 6, 2023        /s/ Autumn D. Spaeth
               HON. AUTUMN D. SPAETH
               UNITED STATES MAGISTRATE JUDGE